# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **LANCE REED,** *and all other occupants of* 8760 Overhill Lane, Beaumont, TX 77707 | § § § | |
| V. | § § | NO. 1:10-CV-217 |
| **LITTON LOAN SERVICING, LP** and **MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.** | § § § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on April 15, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendants' motion for summary judgment because there is no genuine issue of material fact because defendant did not wrongfully foreclose on plaintiff's mortgage and complied with all applicable provisions of RESPA, the TDCPA, and the Texas Property Code, and is entitled to judgment as a matter of law. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**, and defendants' "Motion for Summary Judgment" (Docket No. 10) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**. It is further

**ORDERED** that all pending motions are denied as moot.

**SIGNED** this the 2 day of **March, 2011.**

_____
Thad Heartfield
United States District Judge